

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----

KENNETH CAMERON,

                Plaintiff,

-v-

DISTRICT ATTORNEY OF NEW YORK CITY
ROBERT MORGENTHAU and DETECTIVE DON
RODGERS,

                Defendants.

No. 07 Civ. 11522 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

On December 26, 2007, *pro se* plaintiff Kenneth Cameron filed the complaint in this action and was granted *in forma pauperis* status. On February 22, 2008, a summons was issued as to defendants New York County District Attorney Robert Morgenthau and New York City Police Detective Don Rodgers. By letter dated June 30, 2008, the City of New York indicates that, although it received a "courtesy copy" of the summons and complaint in this action, it appears that defendant Rodgers has not been served, and that, absent further direction from this Court, it will "not take any action in this matter . . . ." (City's June 30, 2008 Ltr.)

IT IS HEREBY ORDERED that, because 120 days have passed since the initial filing date of this action, the Clerk of the Court shall issue an amended summons in this action. Moreover, in order to aid plaintiff to effect proper service, the *Pro Se* Office is respectfully directed to send to plaintiff a new Rule 4 service package. Plaintiff should be aware that the *Pro Se* Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007, Telephone: (212) 805-0175, may be of assistance in connection with procedural issues.

IT IS FURTHER ORDERED that, upon issuance of an amended summons, plaintiff shall arrange for prompt service of the amended summons and complaint on the individual defendants named in this action.

The Court notes that plaintiff's *in forma pauperis* status remains in effect.

SO ORDERED

Dated:    New York, New York
         July 8, 2008

                                            _____
                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE